RONALD W. BROWN, ESQ. (SBN 107340)
rbrown@cookbrown.com
ROBERT L. BOUCHER, ESQ. (SBN 244760)
rboucher@cookbrown.com
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant KSE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>KSE, INC.<br>        Defendant. | Case No.  CV10 4962-DDP (EX)<br><br>**DECLARATION OF RONALD W. BROWN IN SUPPORT OF COOK BROWN LLP'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:  March 28, 2011<br>Time:  10:00 a.m.<br>Dept.:  3 |

1.    I am an attorney licensed to practice before this Court in the courts of the State of California and am an attorney at the law firm of Cook Brown, LLP. I have personal knowledge of and if called as a witness I would competently testify as to the truth of the facts as set forth below. I make this declaration in support of Cook Brown, LLP's Motion to Withdraw as Defense Counsel.

2.    On or about August 6, 2010, Scott Koehler and I each signed a fee agreement wherein the law firm of Cook Brown, LLP would represent KSE in

the instant lawsuit brought by Board Of Trustees Of The California Ironworkers Field Pension Trust ("Ironworkers").

3.     Between August 6, 2010 and August 23, 2010, Cook Brown began defense of the case, which had, at that point, gone into default against KSE. In order to relieve KSE of that burden, I contacted counsel for the Ironworkers, requesting a stipulated order setting aside the default. Counsel agreed, and after preparing and filing the stipulation, I prepared KSE's answer, filing it on August 23, 2010.

4.     Between August 23 and early 2011, I participated in the first phases of the case. I conferred with opposing counsel to hash out a trial schedule. Together we prepared and filed the Joint Status Report. Thereafter, the Court issued a trial schedule based on that report, and I used Cook Brown's resources to calendar events scheduled by court order. After reviewing the case, and in connection to KSE's desire to keep costs low, I proposed a route to early resolution, which it appeared opposing counsel might agree to, though that resolution has now been abandoned by the client.

5.     Although KSE initially participated in its defense, I received a letter on January 31, 2011 discharging the firm from further representation per the terms of the August 6, 2010 agreement. A true and correct copy of this letter is attached hereto as Exhibit A.

4.     On February 2, 2011, I wrote to KSE informing it that the Court's rules prevent corporations from appearing without an attorney, a true and correct copy of which is attached hereto as Exhibit B. The letter requested that, per those rules, KSE provide me with the contact information of his new attorney, so that I could prepare a substitution form with that attorney for filing with the Court. When KSE failed to respond, I emailed the client and inquired if it had new counsel. The client has failed to respond in any way.

1    I declare under penalty of perjury of the laws of the State of California
2    that the foregoing is true and correct.  Executed this 25 day of February, 2011,
3    at Sacramento County, California.

4
5                                          _____/s/ Ronald W. Brown_____
     RONALD W. BROWN
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I, Kristin Bowling, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cook Brown, LLP, 555 Capitol Mall, Suite 425, Sacramento, California 95814. On February 25, 2011, I served the within documents described as: **DECLARATION OF RONALD W. BROWN IN SUPPORT OF COOK BROWN LLP'S MOTION TO WITHDRAW AS COUNSEL**

☒ (BY U.S. MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

Kerry K. Fennelly, Esq.
Melissa W. Cook & Associates
3444 Camino del Rio North, Suite 106
San Diego, CA  92108
Telephone No. :  619.280.4302
Facsimile No.:   619.280.4304

Scott Koehler, President
KSE, Inc.
10400 Twin Cities Road
Galt, California 95632

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

☒ *(Federal)*I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 25, 2011, at Sacramento, California.

KRISTIN BOWLING

**EXHIBIT A**

to

DECLARATION OF RONALD W. BROWN IN SUPPORT OF
COOK BROWN LLP'S MOTION TO WITHDRAW AS COUNSEL

KSE, Inc.
10400 Twin Cities Road
Suite 20,  PMB 172
Galt, California   95632

January 31, 2011

Cook Brown, LLP
555 Capitol Mall, Suite 425
Sacramento, California  95814-4503

Attention: Ronald W. Brown

During the first visit we had with you on August 6, 2010, we handed you a check for $10,000. I explained to you that the $10,000. would be all we could afford to spend because we just do not have any more money.

According to paragraph 10 of our Attorney-Client Fee Contract we may discharge you at any time. We are discharging you with this letter.   We are enclosing final payment for invoice #40493 in the amount of $1,283.31.  As we don't want to incur any new billable hours we will be figuring out a new direction to go with our case.

Please deliver the file for our case to us as soon as possible. If there is a charge for this, please have your secretary call and we will come by to pick them up ourselves.

Thank you for your time.

Sincerely,

*Scott Koehler*

Scott Koehler, President

KSE, Inc.

**EXHIBIT B**

to

DECLARATION OF RONALD W. BROWN IN SUPPORT OF
COOK BROWN LLP'S MOTION TO WITHDRAW AS COUNSEL

# COOK BROWN LLP

ATTORNEYS AT LAW

DENNIS B. COOK
RONALD W. BROWN
GEOFFREY F. GEGA
BRIAN D. BERTOSSA
TERRY A. WILLS
CARRIE E. BUSHMAN
BARBARA A. COTTER
LISA V. RYAN
REGINA SILVA
STEPHEN R. McCUTCHEON, JR.
ROBERT L. BOUCHER

February 2, 2011

**SENT VIA ELECTRONIC & U.S. MAIL**
**ksesteelerect@aol.com**

Scott A. Koehler, President
KSE, Inc.
10400 Twin Cities Road
Suite 20, PMB 172
Galt, CA 95632

Re:   **Ironworkers Pension Trust v. KSE, Inc.**
      **USDC Central District Case No. CV 10-4962 DDP (Ex)**
      Our File No.  8701

Dear Mr. Koehler:

This will confirm receipt of your letter discharging our firm from further representation of KSE, Inc.  We will assure the file is complete and forward it to you at no expense to KSE, Inc.

In order for our firm to withdraw from representing KSE, Inc. in the litigation now pending in the U.S. District Court for the Central District of California, you will need to engage other counsel who is licensed to practice in that court.  The reason is that corporations must be represented by a licensed attorney in federal courts, and may not be represented by a corporate officer acting in propria persona.  *Roland v. Cal. Men's Colony*, 506 U.S. 194, 201-202 (1993) ("It has been the law for the better part of two centuries that a corporation may appear in the federal courts only through licensed counsel.")  Thus, the District Court will not entertain our motion to withdraw as counsel for KSE, Inc. unless another licensed attorney has agreed to undertake KSE's representation and properly executes a "Request for Approval of Substitution of Attorney."

Please let me know the attorney you have engaged to substitute in to the litigation, and I will send him/her the court's form for his/her signature.  We will not charge KSE, Inc. for this process.

We wish you the best in the future.

Sincerely,

COOK BROWN, LLP

RONALD W. BROWN

Koehler 020111.doc          RWB:kb

RESPOND TO:

1851 E. FIRST STREET, SUITE 1440        555 CAPITOL MALL, SUITE 425        450 LINCOLN AVENUE, SUITE 202
SANTA ANA, CALIFORNIA 92705-4044        SACRAMENTO, CALIFORNIA 95814-4503        SALINAS, CALIFORNIA 93901-2686
T 714.542.1883   F 714.542.1009        T 916. 442. 3100   F 916. 442. 4227        T 831.755.7940   F 831.755.7944

WWW.COOKBROWN.COM