RONALD W. BROWN, ESQ. (SBN 107340)
rbrown@cookbrown.com
ROBERT L. BOUCHER, ESQ. (SBN 244760)
rboucher@cookbrown.com
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Defendant KSE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST,<br><br>               Plaintiff,<br><br>     v.<br><br>KSE, INC.<br><br>               Defendant. | Case No.  CV10 4962-DDP (EX)<br><br>**[PROPOSED] ORDER GRANTING COOK BROWN LLP'S MOTION TO WITHDRAW AS COUNSEL**<br><br>Date:     March 28, 2011<br>Time:     10:00 a.m.<br>Dept.:     3 |

   Cook Brown, LLP's motion to withdraw as counsel for Defendant KSE, INC. ("Defendant") came on for hearing in Courtroom 3 of this Court, the Honorable Dean Pregerson presiding, on March 28, 2011.

   Having read the motion, the memoranda and declaration filed by the parties, and having heard argument of counsel, this Court finds that good cause exists pursuant to Local Rules 83-2.9.2.1 and 83-2.9.2.4 and Rule 3-700(C)(1)(d), (f) of the Rules of Professional Conduct of the State Bar of California to allow Cook Brown, LLP to withdraw immediately as

1  Defendant's counsel based on his failure to pay his legal fees and his failure to
2  cooperate in the discovery process.
3
           IT IS SO ORDERED:
4
5
6  Dated: _____
7
8                              HONORABLE DEAN D. PREGERSON

\\FS1\Clients\94330\8701\pld\ProposedOrder
MotionToWithdraw.doc

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**
2