O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST,<br><br>           Plaintiff,<br><br>    v.<br><br>KSE, INC.,<br><br>           Defendant.<br>_____ | Case No. CV 10-04962 DDP (Ex)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br><br>[Motion filed on February 25, 2011] |

    This matter comes before the court on Cook Brown, LLP's Motion to Withdraw as Counsel for Defendant KSE, Inc ("Defendant").

    Cook Brown, LLP has represented Defendant since about August 6, 2010. (Brown Decl. ¶ 2.) On January 31, 2011, Defendant informed Cook Brown, LLC that it was discharged as Defendant's counsel. (Id. ,¶ 5, Ex. A.) On February 2, 2011, Cook Brown, LLP informed Defendant that the court's rules prevent corporations from appearing without an attorney. (Id. ¶ 6, Ex. B.) Cook Brown, LLP requested the contact information of Defendant's new attorney, but Defendant did not reply. (Id.)

///

Pursuant to Local Rule 83-2.9.2.1 an attorney may not withdraw as counsel except by leave of court. An application for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. Here, Defendant does not appear to oppose Cook Brown, LLP's motion to withdraw, and Cook Brown, LLC has notified Defendant, a corporate client, that corporations cannot represent themselves in accord with Local Rule 83-2.9.23.

Good cause showing, the court GRANTS Cook Brown, LLC's motion to withdraw. Defendant, a corporation, is ordered to substitute new counsel within 20 days from the date of this order.

IT IS SO ORDERED.

Dated: March 31, 2011

DEAN D. PREGERSON
United States District Judge